## NACH–FINCH COMPANY v. T. L. SEBASTIAN et al.

### No. 2218.

Circuit Court of Appeals, Tenth Circuit.

Dec. 28, 1940.

Hal Crouch, of Tulsa, Okl., for appellant.

B. A. Hamilton and William M. Taylor, both of Tulsa, Okl., for appellees.

Before PHILLIPS and LEWIS, Circuit Judges.

PER CURIAM.

Appeal dismissed per stipulation of counsel.

## NATIONAL LABOR RELATIONS BOARD, Petitioner, v. IOWA–NEBRASKA LIGHT & POWER COMPANY et al.

### No. 512.

Circuit Court of Appeals, Eighth Circuit.

Nov. 16, 1940.

Robert B. Watts, of Washington, D. C., Associate Gen. Counsel, National Labor Relations Board, for petitioner.

George A. Lee, of Lincoln, Neb., for respondents.

PER CURIAM.

Respondents ordered to cease and desist from doing certain things and to take certain affirmative action, on petition for enforcement, stipulation and consent.

## NATIONAL LABOR RELATIONS BOARD v. Isaac SCHIEBER et al.

### No. 515.

Circuit Court of Appeals, Eighth Circuit.

Dec. 10, 1940.

Robert B. Watts, Gen. Counsel, National Labor Relations Board, and L. N. D. Wells, Jr., Atty., National Labor Relations Board, both of Washington, D. C., for petitioner.

Ben L. Shifrin, of St. Louis, Mo., for respondents.

PER CURIAM.

Order of National Labor Relations Board modified by consent of parties, and as modified affirmed and enforced.

## NATIONAL LABOR RELATIONS BOARD, Petitioner, v. SUN MANUFACTURING COMPANY.

### No. 510.

Circuit Court of Appeals, Eighth Circuit.

Nov. 8, 1940.

Robert B. Watts, of Washington, D. C., Associate Gen. Counsel, National Labor Relations Board, for petitioner.

Mayer, Conkling & Sprague, of St. Joseph, Mo., for respondent.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and to take certain affirmative action, on petition for enforcement, stipulation and consent.